UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDETTE STEELE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-02139-SGC |
| BIRMINGHAM JEFFERSON CIVIC CENTER AUTHORITY, | ) |
| Defendant. | ) |

# ORDER[1]

On September 12, 2019, the undersigned partially denied a motion to quash filed by the defendant, Birmingham Jefferson Civic Center Authority ("BJCC"), to the extent the motion asserted protections under the work-product doctrine. (Doc. 36). The order also required BJCC to provide a document—the recommendations of Michael Quinn—to chambers for *in camera* review to test the assertion of attorney-client privilege. (*Id.*). *In camera* review of Quinn's report reveals it does not constitute legal advice. Thus, BJCC has failed to carry its burden of showing the report is subject to the protections of the attorney-client privilege. *See United States v. Schaltenbrand,* 930 F.2d 1554, 1562 (11th Cir. 1991); *Argo Sys., FZE v. Liberty Ins. PTE, Ltd.*, No. 04-00321, 2005 WL 1355060, at *3 (S.D. Ala. June 7,

---

[1] The parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 19).

2

2005); *see Int'l Tel. & Tel. Corp. v. United Tel. Co. of Fla.*, 60 F.R.D. 177, 185 (M.D. Fla. 1973); *Koumoulis v. Indep. Fin. Mktg. Grp., Inc.*, 29 F. Supp. 3d 142, 147-48 (E.D.N.Y. 2014).  Accordingly, the remainder of the motion to quash is **DENIED**.  (Doc. 26).

The Scheduling Order (Doc. 22) is **AMENDED** in that any potentially dispositive motions must be filed within sixty (60) calendar days of the date of this order.

**DONE** this 16th day of October, 2019.

/s/ Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE